KRISTINE M. LARSEN (9228
BLAKE M. BIDDULPH (15541)
**RAY, QUINNEY & NEBEKER, PC**
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah   84111
Telephone:  (801)532-1500
klarsen@rqn.com
bbiddulph@rqn.com

*Attorneys for Defendant Roderick Enterprises*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAMELA WHITNEY, an Individual,<br><br>*Plaintiff*,<br><br>v.<br><br>RODERICK ENTERPRISES, A Utah Limited Partnership, Jane Does I-X, XYZ Corporations and/or Limited Liability Companies I-X,<br><br>Defendants. | **NOTICE OF ACKNOWLEDGMENT OF STANDING ORDER**<br><br>Case No. 2:17-cv-01124<br><br>**Judge Jill M. Parish**<br>**Magistrate Judge Paul M. Warner** |

Defendant Roderick Enterprises, by and through counsel, hereby acknowledge receipt of the Court's *Standing Order in Civil Cases Re: Motions for Summary Judgment, Requests for Extension of Time, Requests to File an Overlength Memorandum, and Requests for Leave to File a Surreply* (the "Standing Order").  Counsel for Defendant has carefully reviewed the Standing Order and will comply with its terms.

1

DATED this 26th day of December, 2017.

                                          RAY QUINNEY & NEBEKER PC

                                          *Kristine M. Larsen*
                                          Kristine M. Larsen
                                          *Attorneys for Roderick Enterprises*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing **NOTICE OF ACKNOWLEDGEMENT OF STANDING ORDER** has been forwarded to all counsel of record via the Court's electronic filing system on this 26th day of December, 2017.

                                                                  */s/ Tris N. Baker*

1438640