**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RODERICK ENTERPRISES, A Utah Limited Partnership, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>　　　　Defendants. | **STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:17-CV-1124-JNP-DBP<br><br>Judge Jill N. Parrish |

　　　　Plaintiff Pamela Whitney and Defendant Roderick Enterprises, by and through their undersigned counsel, hereby stipulate and jointly move the court for an order dismissing this matter, with prejudice. A proposed order is filed and served herewith.

### [SIGNATURES ON NEXT PAGE]

1

STIPULATED the 29th day of March, 2018.

                        FORD & CRANE PLLC

                        /s/ Matthew B. Crane
                        Matthew B. Crane
                        *Attorney for Plaintiff*

STIPULATED the 29th day of March, 2018.

                        RAY QUINNEY & NEBEKER P.C.

                        /s/ Kristine M. Larsen
                        Kristine M. Larsen
                        Blake M. Biddulph
                        *Attorneys for Defendant*
                        (Signed with permission)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 29th day of March, 2018, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS to be filed with the Court electronically via CM/ECF which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane