# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>    Plaintiff,<br>vs.<br><br>RODERICK ENTERPRISES, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>    Defendants. | ORDER GRANTING STIPULATED MOTION TO DISMISS<br><br>Case No. 2:17-cv-1124-JNP-DBP<br><br>Judge Jill N. Parrish |

Before the court is the Stipulated Motion to Dismiss jointly filed by the parties on March 29, 2018. Having reviewed the motion, there appears good cause that it should be GRANTED.

IT IS HEREBY ORDERED that the above-titled matter is dismissed with prejudice.

DATED March 29, 2018.

By the Court

_____
United States Judge Jill N. Parrish

1